IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY ODELL LONGSTREET, SR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83170

· FILED

JUL 30 2021

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

*ORDER DENYING PETITION*

This pro se original petition and amended petition[1] seek a writ of mandamus compelling the district court to permit petitioner to represent himself and accept his filings. Having considered the petition and amended petition, we are not persuaded that our extraordinary intervention is warranted. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (noting that petitioner bears the burden of demonstrating that writ relief is warranted). Although petitioner has supplied a docket sheet indicating that the district court may have denied his request to represent himself, he has not provided this court with a copy of a written order signed by the district court. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential

---

[1]Petitioner has submitted two filings entitled, "Petition For Writ of Mandamus." We construe the second filing as an amended petition as it is not identical to the first filing, but generally seeks the same relief.

21-22183

to understand the matters set forth in the petition"); *see also Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (explaining that a written order is essential to this court's review). Accordingly, we

ORDER the petition and amended petition DENIED.[2]

_____, C.J.
Hardesty

_____ J.          _____, J.
Parraguirre                                      Cadish


cc:     Anthony Odell Longstreet, Sr.
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[2]Given our disposition, we take no action on petitioner's motions to proceed in forma pauperis. However, we note that the filing fee was waived upon the docketing of this writ petition.